STATE of Missouri, Respondent,

v.

Calvin Ray NELSON, Appellant.

No. WD 60437.

Missouri Court of Appeals,
Western District.

Oct. 31, 2002.

Nancy A. McKerrow, Assistant State Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Dora A. Fichter, Assistant Attorney

General, Jefferson City, MO, for respondent.

Before ELLIS, C.J., HOLLIGER and HARDWICK, JJ.

### ORDER

PER CURIAM.

Calvin Nelson appeals his conviction on three counts of statutory sodomy. He claims the trial court erred in denying a mistrial after two of the State's witnesses made references to prior criminal allegations against him. For reasons set forth in the Memorandum provided to the parties, we affirm. Rule 30.25(b).